WELTER LAW FIRM, P.C.
Eric A. Welter, Bar No. 270591
  eaw@wetlerlaw.com
1141 Elden Street, Suite 220
Herndon, VA  20170
Telephone: (703) 435-8500
Facsimile: (703) 435-8851

Laura B. Thomasian, Bar No. 251502
  lbt@welterlaw.com
Sean F. Daley, Bar No. 272493
  sfd@wetlerlaw.com
2600 West Olive Avenue, Suite 527
Burbank, CA 91505
Telephone: (818) 333-5016
Facsimile: (818) 333-5017

Attorneys for Defendant
GUARANTEED RATE, INC.

John A. McGuinn, Bar No. 36047
  jamcguinn@mhpsf@.com
Jeannette A. Vaccaro, Bar No. 287129
  jvaccaro@mhpsf.com
McGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 421-9292
Facsimile: (415) 403-0202

Attorneys for Plaintiff
DANIELLE KESTERSON

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DANIELLE KESTERSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GUARANTEED RATE, INC., a corporation; and DOES 1 through 5, inclusive,<br><br>Defendants. | CASE NO. 15-CV-05430-EMC<br><br>[PROPOSED] **ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed:  September 11, 2015 |

*Sidebar:*
WELTER LAW FIRM, P.C.
ATTORNEYS AT LAW
2600 WEST OLIVE AVENUE, SUITE 527
BURBANK, CA 91505
(818) 333-5016

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# [PROPOSED] ORDER

The Parties' requested continuance of the March 3, 2016 initial Case Management Conference scheduled for 9:30 am is hereby GRANTED.  The new date and time for the initial case management conference is March 17, 2016, at 9:30 am.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   February 19, 2016

HON. EDWARD M. CHEN
UNITED STATES DISTRICT COURT

-1-