WELTER LAW FIRM, P.C.
Eric A. Welter, Bar No. 270591
 eaw@wetlerlaw.com
1141 Elden Street, Suite 220
Herndon, VA  20170
Telephone: (703) 435-8500
Facsimile: (703) 435-8851

Laura B. Thomasian, Bar No. 251502
 lbt@welterlaw.com
Sean F. Daley, Bar No. 272493
 sfd@wetlerlaw.com
520 N. Central Ave., Suite 730
Glendale, CA 91203
Telephone: (818) 858-0188
Facsimile: (818) 244-5580

Attorneys for Defendant
GUARANTEED RATE, INC.

John A. McGuinn, Bar No. 36047
 jamcguinn@mhpsf@.com
Jeannette A. Vaccaro, Bar No. 287129
 jvaccaro@mhpsf.com
McGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 421-9292
Facsimile: (415) 403-0202

Attorneys for Plaintiff
DANIELLE KESTERSON

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DANIELLE KESTERSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GUARANTEED RATE, INC., a corporation; and DOES 1 through 5, inclusive,<br><br>Defendants. | CASE NO. 15-CV-05430-EMC<br><br>**[PROPOSED] ORDER RE. STIPULATION AND REQUEST TO CONTINUE MEDIATION AND POST-MEDIATION STATUS CONFERENCE**<br><br>Complaint Filed: September 11, 2015<br>Trial Date:         June 19, 2017 |

**[PROPOSED] ORDER**

The Parties' requested continuance of the mediation currently scheduled for June 1, 2016, and the post-mediation status conference currently set for June 23, 2016, is hereby GRANTED.

The Parties shall work with Mediator Katherine S. Clark to re-schedule a mediation date in this matter for no later than August 8, 2016.

The post-mediation status conference will be continued until August 25, 2016, at 10:30 am. The Parties shall file a Joint Status Statement with the Court no later than August 18, 2016.

IT IS SO ORDERED.

Dated: __May 13, 2016_____    _____
                                                         HON. EDWARD M. CHEN
                                             UNITED STATES DISTRICT COURT