UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE KESTERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GUARANTEED RATE, INC.,<br><br>　　　　Defendant. | Case No. 15-cv-05430-EMC<br><br>**ORDER RE DEFENDANT'S REQUEST FOR A TELEPHONIC CONFERENCE**<br><br>Docket No. 43 |

On July 29, 2016, Defendant Guaranteed Rate, Inc. filed a request for a telephonic conference with the Court, to request an extension of the production deadline of August 5, 2016. Docket No. 43. The parties are **ORDERED** to file a joint letter brief in compliance with this Court's Civil Standing Order on Discovery (http://cand.uscourts.gov/emcorders). If the parties desire a call on August 2, 2016, the joint letter brief must be filed by **August 1, 2016** at **12:00 P.M. PST**.

　　　　**IT IS SO ORDERED**.

Dated: August 1, 2016

_____
EDWARD M. CHEN
United States District Judge