WELTER LAW FIRM, P.C.
Eric A. Welter, Bar No. 270591
 eaw@welterlaw.com
1141 Elden Street, Suite 220
Herndon, VA 20170
Telephone: (703) 435-8500
Facsimile: (703) 435-8851

Laura B. Thomasian, Bar No. 251502
 lbt@welterlaw.com
Sean F. Daley, Bar No. 272493
 sfd@welterlaw.com
520 N. Central Ave, Suite 730
Glendale, CA 91203
Telephone: (818) 858-0188
Facsimile: (818) 244-5580

Attorneys for Defendant
GUARANTEED RATE, INC.

John A. McGuinn, Bar No. 36047
 jamcguinn@mhpsf@.com
Jeannette A. Vaccaro, Bar No. 287129
 jvaccaro@mhpsf.com
McGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 421-9292
Facsimile: (415) 403-0202

Attorneys for Plaintiff
DANIELLE KESTERSON

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DANIELLE KESTERSON, an individual, | CASE NO. 15-CV-05430-EMC |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION** |
| v. | |
| GUARANTEED RATE, INC., a corporation; and DOES 1 through 5, inclusive, | |
| Defendants. | |

1  TO THE HONORABLE COURT:

2  IT IS HEREBY STIPULATED by and between Plaintiff Danielle Kesterson ("Plaintiff")
3  and Defendant Guaranteed Rate, Inc. ("Defendant") by and through their respective counsel of
4  record and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that:

5  1. All of Plaintiff's claims in the above-entitled action are dismissed with prejudice;

6  2. The above-entitled action is dismissed in its entirety with prejudice; and

7  4. Each party is to bear its own fees and costs.

9  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

11  DATED: November 17, 2016    WELTER LAW FIRM, P.C.

13  By: _____/s/ Laura B. Thomasian_____
        ERIC A. WELTER
14      LAURA B. THOMASIAN
        SEAN F. DALEY

15  Attorneys for DEFENDANT GUARANTEED RATE, INC.

18  DATED: November 17, 2016    McGUINN, HILLSMAN & PALEFSKY

19  By: _____/s/ Jeannette A. Vaccaro_____
        JEANNETTE A. VACCARO
20      JOHN A. McGUINN

21  Attorneys for PLAINTIFF DANIELLE KESTERSON



IT IS SO ORDERED
Judge Edward M. Chen

[100142-00003/296378/1]                    -1-

**ECF ATTESTATION**

I, Laura B. Thomasian, am the ECF User whose ID and Password are being used to file this JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION.  In compliance with General Order 45 X.B, I hereby attest that Jeannette Vaccaro has concurred in this filing.

DATED:  November 17, 2016        WELTER LAW FIRM, P.C.

By: _____*/s/ Laura B. Thomasian*_____
  ERIC A. WELTER
  LAURA B. THOMASIAN
  SEAN F. DALEY

Attorneys for DEFENDANT GUARANTEED RATE, INC.